Peter J. Stokstad
Elizabeth L. Hausbeck
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Telephone (406) 523-2500
Telefax (406) 523-2595
pjstokstad@garlington.com
elhausbeck@garlington.com

Attorneys for Peak Health and Wellness dba Belgrade Urgent Care
and Mary Kay Thurston

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBIN CAUDLE and MICHELLE CAUDLE, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, PEAK HEALTH AND WELLNESS PLLC dba BELGRADE URGENT CARE, and MARY KAY THURSTON, F.N.P.,<br><br>Defendants. | Cause No. CV-12-00058<br><br><br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

1306084

The Plaintiffs in this matter have chosen not to pursue their claims. Therefore, the parties do hereby move the Court for its Order dismissing this matter, with prejudice, each party to bear their own costs and expenses.  All parties whose signature lines appear in this document have consented to its filing.

DATED this ___ day of November 2012.


       ___/s/  Timothy J. Cavan_____
       Attorneys for United States Department
       Of Health and Human Services


DATED this ___ day of November 2012.


       ___/s/  James G. Edmiston_____
       Attorneys for Plaintiffs


DATED this _____ day of November, 2012.


       ___/s/  Elizabeth L. Hausbeck_____
       Attorneys for Peak Health and Wellness
       dba Belgrade Urgent Care and Mary Kay Thurston