

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBIN CAUDLE and MICHELLE CAUDLE, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, PEAK HEALTH AND WELLNESS PLLC dba BELGRADE URGENT CARE, and MARY KAY THURSTON, F.N.P.,<br><br>Defendants. | Cause No. CV-12-00058<br><br><br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BASED UPON the foregoing Stipulation for Dismissal with Prejudice,

IT IS HEREBY ORDERED, that the above-entitled action is hereby dismissed with prejudice, each party to bear their own costs and expenses. The Preliminary Pretrial Conference set for December 18, 2012 is vacated.

DATED this _19th_ day of November 2012.

_____
Richard F. Cebull
United States District Court Judge